


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**United States of America ex rel. Kenya Sibley**
Plaintiff,
v.
**Joseph Zacharias, TRUSTMARK RECOVERY SERVICES, MEDICAL BUSINESS OFFICE,**
Defendants.
Case No. **1:17-cv-04457**

**MOTION FOR GARNISHMENT, ASSET SEIZURE, AND ENFORCEMENT OF JUDGMENT ONCE THE JUDGEMENT AWARD ORDER HAS BEEN APPROVED, ENTERED AND GRANTED**

---

**Plaintiff, [Kenya Starr Sibley]**, respectfully submits this **Motion for Garnishment, Asset Seizure, and Enforcement of Judgment** in connection with the default judgment entered against **Joseph Zacharias, TRUSTMARK RECOVERY SERVICES (TRS)**, and **MEDICAL BUSINESS OFFICE (MBO)**, in the amount of **$129,120,000.00** (or such other amount as the Court deems appropriate). In support thereof, Plaintiff states as follows:

**1. Background**

Should the Honorable Judge Jeremy C. Daniel enter a judgement award in favor of Mrs. Sibley on **02/25/2025**, Please may the Court enter a default judgment in favor of Plaintiff, **Kenya Starr Sibley**, for **$129,120,000.00** (the "Judgment"). The judgment arose from violations related to the **False Claims Act (FCA)**, wrongful termination, and ADA retaliation claims against Defendant **Joseph Zacharias** and his companies **TRUSTMARK RECOVERY SERVICES** (TRS) and **MEDICAL BUSINESS OFFICE** (MBO). Despite the entry of judgment, Defendant has failed to make any payments toward satisfaction of the Judgment. As such, Plaintiff respectfully requests the Court to issue the necessary orders to collect on the Judgment.

**2. Motion for Garnishment Orders**

Plaintiff respectfully requests that the Court issue an order for garnishment, allowing Plaintiff to remove and collect all funds from any of the following accounts controlled or owned by the Defendants:

- All funds in any bank accounts or financial accounts held by **TRUSTMARK RECOVERY SERVICES (TRS)** and **MEDICAL BUSINESS OFFICE (MBO)**, and Defendant **Joseph Zacharias**, personally.
- Funds from Defendant **Joseph Zacharias'** pension, employer-sponsored retirement accounts, IRAs, and any other financial assets.

**3. Motion to Hold Joseph Zacharias Personally Liable In Addition To His Two Companies TRUSTMARK RECOVERY SERVICES (TRS) and MEDICAL BUSINESS OFFICE (MBO), to both also being held liable**

Plaintiff requests that the Court issue an order piercing the corporate veil of **TRUSTMARK RECOVERY SERVICES** (TRS) and **MEDICAL BUSINESS OFFICE** (MBO), and holding **Joseph Zacharias** personally liable for the Judgment, as he was originally listed as a party defendant in this case but was removed without Plaintiff's knowledge, consent, or authorization. **Joseph Zacharias** is the owner of both TRS and MBO, and Plaintiff believes he has engaged in fraudulent activity by transferring or selling the assets of both companies to evade payment of the Judgment.

## 4. Motion to Reverse Fraudulent Transfers and Asset Seizure

Plaintiff requests that the Court issue an order to reverse the fraudulent transfers made by **Joseph Zacharias**, including but not limited to:

- The sale or transfer of assets owned by **TRUSTMARK RECOVERY SERVICES** (TRS) and **MEDICAL BUSINESS OFFICE** (MBO), including business and personal property such as real estate, land, motor vehicles, motorcycles, boats, and other personal assets.
- The sale or transfer of business and personal assets, including furniture, appliances, electronics, and computers.

Plaintiff requests that these transactions be deemed fraudulent and reversed. Furthermore, Plaintiff seeks an order allowing the seizure and sheriff-supervised sale of all remaining assets to satisfy the Judgment.

## 5. Motion for Liens on Property and Future Discovered Assets

Plaintiff respectfully requests that the Court issue an order allowing Plaintiff to place a lien on **Joseph Zacharias'** and **TRS** and **MBO's** real property, bank accounts, and any future discovered assets until the Judgment is fully satisfied.

## 6. Motion to Intercept Tax Refunds and Garnish Wages

Plaintiff requests that the Court issue an order allowing Plaintiff to intercept Defendant **Joseph Zacharias'** and his representatives' tax refunds and garnish a percentage of their payroll wages to satisfy the Judgment.

## 7. Motion to Block Further Asset Transfers

Plaintiff requests that the Court issue an injunction barring **Joseph Zacharias** from transferring, selling, or otherwise disposing of any more of his personal property or business assets, including but not limited to real estate, land, motor vehicles, and business assets, in order to prevent further dissipation of assets meant to satisfy the Judgment.

## 8. Motion for Transfer of Title and Deed

Plaintiff respectfully requests that the Court issue an order to transfer the deed and title for any property or assets owned by **Joseph Zacharias**, **TRUSTMARK RECOVERY SERVICES** (TRS), and **MEDICAL BUSINESS OFFICE** (MBO) to Plaintiff and the other relator(s) in this case, granting Plaintiff **50% ownership** of such assets. This would allow Plaintiff to either retain or sell Plaintiff's 50% share of the property or assets at the appraised property value or current fair market rate.

## 9. Motion to Prevent Bankruptcy Filing

Plaintiff requests that the Court issue an order preventing **Joseph Zacharias** and his representatives from filing for bankruptcy or engaging in any other legal action intended to evade or delay the satisfaction of this Judgment.

## 10. Motion to Reverse Fraudulent Property Transactions (Quick Claim Deeds)

Plaintiff requests that the Court issue an order to reverse any fraudulent property transactions, including **quick claim deeds**, that were made between **2016** and the present, until this Judgment is fully satisfied.

## 11. Motion for Reassignment of Beneficiary Designations

Plaintiff requests that the Court issue an order reassigning all existing beneficiary designations related to life insurance, death benefits, trusts, estate plans, and similar assets to Plaintiff and the other relator(s) on a **50%/50% basis**, superseding any contrary provisions in **Joseph Zacharias'** will or other estate planning documents.

## 12. Motion for Possession Transfer and Sale of Defendant's Assets

Plaintiff respectfully requests that the Court enter a motion for **Order of Possession Transfer** that would allow Plaintiff to assume ownership of **50% of Defendant's** property and assets, including real estate, motor vehicles, gold, stocks, bonds, clothing, memorabilia, personal items, and any other assets. This would allow Plaintiff to change the ownership name or sell Defendant's assets to satisfy the Judgment.

### 13. Default Judgment Award Payment Schedule

In the event that Defendant is allowed to make monthly payments, Plaintiff proposes the following schedule for payment of the Judgment in the amount of **$129,120,000.00** (or such other amount as the Court deems appropriate):

- **Amount per Payment**: Defendant shall pay a certain amount as determined by Honorable Judge Jeremy C. Daniel $[_____] per month toward the Judgment.
- **Start Date**: Payments shall begin on **[03/25/2025]**.
- **Payment Frequency**: Payments shall be made on a monthly basis.
- **End Date**: Payments will continue until the Judgment is fully satisfied, with an anticipated completion date of **[end date]** _____/_____/_____ as determined by Honorable Judge Jeremy C. Daniel.

Should Defendant fail to make payments according to this schedule, Plaintiff requests that additional garnishments and asset seizures be authorized.

---

## JUDGMENT CALCULATIONS
Supporting Evidence to support the entry of this judgement was submitted to the courts by Mrs. Sibley on 2/12/2025. The damages for this Judgment were calculated as follows:

- The **False Claims Act (FCA)** violations related to **TRS** and **MBO** fraud resulted in the following calculation:
    - TRS's unworked and illegally filed **CMS bad debt** accounts amounted to **$201,279,024.32** annually.
    - Over **4 years**, this totaled **$805,116,097.28**.
    - After applying a **65% reimbursement rate** for CMS bad debt, the resulting amount was **$5,233,254.63**.
    - Subtracting this from the total yields **$799,882,842.65** in single FCA damages.
    - The amount was generously reduced to **$756,000,000.00**.
- **Treble damages** were calculated as three times the single damages:
    - $756,000,000.00 x 3 = **$2,268,000,000.00** in treble damages.

As the government did not intervene in the case, the **relator(s)** (Plaintiff) is entitled to **30%** of the treble damages, which amounts to:

- **30% of $2,268,000,000.00 = $680,400,000.00**.

This amount would be divided among the **three relators**, with each receiving:

- **$680,400,000.00 ÷ 3 = $226,800,000.00** per relator.

**However, Plaintiff has reduced the judgment demand to a more modest amount of:**

- **$129,120,000.00** (which includes FCA damages, wrongful termination, and ADA retaliation claims).

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court:

1. Issue garnishment orders to collect from Defendant's bank accounts, pension, and other assets.
2. Pierce the corporate veil of TRS and MBO and hold **Joseph Zacharias** personally liable.
3. Reverse fraudulent asset transfers and allow the sheriff-supervised sale of Defendant's assets.
4. Allow Plaintiff to place liens on Defendant's property and assets.
5. Permit Plaintiff to intercept tax refunds and garnish Defendant's wages.
6. Block Defendant from transferring or selling any additional assets.
7. Transfer title and deed of assets to Plaintiff and the other relator(s).
8. Prevent Defendant from filing for bankruptcy to avoid satisfaction of the Judgment.
9. Reverse any fraudulent property transactions made by Defendant.
10. Reassign beneficiary designations to Plaintiff and the other relator(s).
11. Issue an order of possession transfer for Defendant's assets.
12. Approve the proposed payment schedule for Defendant to make monthly payments toward the Judgment.

Respectfully submitted,

Kenya Starr Sibley
Plaintiff
**Address:**
7050 183rd Street Unit # 403
Tinley Park, IL 60477
Phone #: 312-810-0423
**Email Address:**
Kenyacaic@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above motion was served upon all parties of record by via email as listed on court docket entry #131 and on other docket entries Certificate of service has been sent to all parties on **02/13/2025.**

**Kenya Starr Sibley**

This draft motion includes all of the requested enforcement measures and provides a breakdown of how the damages were calculated. It is important to review this with your attorney to ensure it aligns with your legal strategy and complies with all relevant laws.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**United States of America ex rel. Kenya Sibley**
Plaintiff,
v.
**Joseph Zacharias, TRUSTMARK RECOVERY SERVICES, MEDICAL BUSINESS OFFICE,**
Defendants.
Case No. **1:17-cv-04457**

**MOTION FOR GARNISHMENT, ASSET SEIZURE, AND ENFORCEMENT OF JUDGMENT ONCE THE JUDGEMENT AWARD ORDER HAS BEEN APPROVED, ENTERED AND GRANTED**

---

**Plaintiff, [Kenya Starr Sibley],** respectfully submits this **Motion for Garnishment, Asset Seizure, and Enforcement of Judgment** in connection with the default judgment entered against **Joseph Zacharias, TRUSTMARK RECOVERY SERVICES (TRS),** and **MEDICAL BUSINESS OFFICE (MBO),** in the amount of **$129,120,000.00** (or such other amount as the Court deems appropriate). In support thereof, Plaintiff states as follows:

**1. Background**

Should the Honorable Judge Jeremy C. Daniel enter a judgement award in favor of Mrs. Sibley on **02/25/2025**, Please may the Court enter a default judgment in favor of Plaintiff, **Kenya Starr Sibley,** for **$129,120,000.00** (the "Judgment"). The judgment arose from violations related to the **False Claims Act (FCA)**, wrongful termination, and ADA retaliation claims against Defendant **Joseph Zacharias** and his companies **TRUSTMARK RECOVERY SERVICES** (TRS) and **MEDICAL BUSINESS OFFICE** (MBO). Despite the entry of judgment, Defendant has failed to make any payments toward satisfaction of the Judgment. As such, Plaintiff respectfully requests the Court to issue the necessary orders to collect on the Judgment.

**2. Motion for Garnishment Orders**

Plaintiff respectfully requests that the Court issue an order for garnishment, allowing Plaintiff to remove and collect all funds from any of the following accounts controlled or owned by the Defendants:

- All funds in any bank accounts or financial accounts held by **TRUSTMARK RECOVERY SERVICES (TRS)** and **MEDICAL BUSINESS OFFICE (MBO),** and Defendant **Joseph Zacharias,** personally.
- Funds from Defendant **Joseph Zacharias'** pension, employer-sponsored retirement accounts, IRAs, and any other financial assets.

**3. Motion to Hold Joseph Zacharias Personally Liable In Addition To His Two Companies TRUSTMARK RECOVERY SERVICES (TRS) and MEDICAL BUSINESS OFFICE (MBO), to both also being held liable**

Plaintiff requests that the Court issue an order piercing the corporate veil of **TRUSTMARK RECOVERY SERVICES** (TRS) and **MEDICAL BUSINESS OFFICE** (MBO), and holding **Joseph Zacharias** personally liable for the Judgment, as he was originally listed as a party defendant in this case but was removed without Plaintiff's knowledge, consent, or authorization. **Joseph Zacharias** is the owner of both TRS and MBO, and Plaintiff believes he has engaged in fraudulent activity by transferring or selling the assets of both companies to evade payment of the Judgment.

### 4. Motion to Reverse Fraudulent Transfers and Asset Seizure

Plaintiff requests that the Court issue an order to reverse the fraudulent transfers made by **Joseph Zacharias**, including but not limited to:

- The sale or transfer of assets owned by **TRUSTMARK RECOVERY SERVICES** (TRS) and **MEDICAL BUSINESS OFFICE** (MBO), including business and personal property such as real estate, land, motor vehicles, motorcycles, boats, and other personal assets.
- The sale or transfer of business and personal assets, including furniture, appliances, electronics, and computers.

Plaintiff requests that these transactions be deemed fraudulent and reversed. Furthermore, Plaintiff seeks an order allowing the seizure and sheriff-supervised sale of all remaining assets to satisfy the Judgment.

### 5. Motion for Liens on Property and Future Discovered Assets

Plaintiff respectfully requests that the Court issue an order allowing Plaintiff to place a lien on **Joseph Zacharias'** and **TRS** and **MBO's** real property, bank accounts, and any future discovered assets until the Judgment is fully satisfied.

### 6. Motion to Intercept Tax Refunds and Garnish Wages

Plaintiff requests that the Court issue an order allowing Plaintiff to intercept Defendant **Joseph Zacharias'** and his representatives' tax refunds and garnish a percentage of their payroll wages to satisfy the Judgment.

### 7. Motion to Block Further Asset Transfers

Plaintiff requests that the Court issue an injunction barring **Joseph Zacharias** from transferring, selling, or otherwise disposing of any more of his personal property or business assets, including but not limited to real estate, land, motor vehicles, and business assets, in order to prevent further dissipation of assets meant to satisfy the Judgment.

### 8. Motion for Transfer of Title and Deed

Plaintiff respectfully requests that the Court issue an order to transfer the deed and title for any property or assets owned by **Joseph Zacharias**, **TRUSTMARK RECOVERY SERVICES** (TRS), and **MEDICAL BUSINESS OFFICE** (MBO) to Plaintiff and the other relator(s) in this case, granting Plaintiff **50% ownership** of such assets. This would allow Plaintiff to either retain or sell Plaintiff's 50% share of the property or assets at the appraised property value or current fair market rate.

### 9. Motion to Prevent Bankruptcy Filing

Plaintiff requests that the Court issue an order preventing **Joseph Zacharias** and his representatives from filing for bankruptcy or engaging in any other legal action intended to evade or delay the satisfaction of this Judgment.

### 10. Motion to Reverse Fraudulent Property Transactions (Quick Claim Deeds)

Plaintiff requests that the Court issue an order to reverse any fraudulent property transactions, including **quick claim deeds**, that were made between **2016** and the present, until this Judgment is fully satisfied.

## 11. Motion for Reassignment of Beneficiary Designations

Plaintiff requests that the Court issue an order reassigning all existing beneficiary designations related to life insurance, death benefits, trusts, estate plans, and similar assets to Plaintiff and the other relator(s) on a **50%/50% basis**, superseding any contrary provisions in **Joseph Zacharias'** will or other estate planning documents.

## 12. Motion for Possession Transfer and Sale of Defendant's Assets

Plaintiff respectfully requests that the Court enter a motion for **Order of Possession Transfer** that would allow Plaintiff to assume ownership of **50% of Defendant's** property and assets, including real estate, motor vehicles, gold, stocks, bonds, clothing, memorabilia, personal items, and any other assets. This would allow Plaintiff to change the ownership name or sell Defendant's assets to satisfy the Judgment.

### 13. Default Judgment Award Payment Schedule

In the event that Defendant is allowed to make monthly payments, Plaintiff proposes the following schedule for payment of the Judgment in the amount of **$129,120,000.00** (or such other amount as the Court deems appropriate):

- **Amount per Payment**: Defendant shall pay a certain amount as determined by Honorable Judge Jeremy C. Daniel $[_____] per month toward the Judgment.
- **Start Date**: Payments shall begin on **[03/25/2025]**.
- **Payment Frequency**: Payments shall be made on a monthly basis.
- **End Date**: Payments will continue until the Judgment is fully satisfied, with an anticipated completion date of **[end date]** ____/____/____ as determined by Honorable Judge Jeremy C. Daniel.

Should Defendant fail to make payments according to this schedule, Plaintiff requests that additional garnishments and asset seizures be authorized.

---

## JUDGMENT CALCULATIONS
Supporting Evidence to support the entry of this judgement was submitted to the courts by Mrs. Sibley on 2/12/2025. The damages for this Judgment were calculated as follows:

- The **False Claims Act (FCA)** violations related to **TRS** and **MBO** fraud resulted in the following calculation:
    - TRS's unworked and illegally filed **CMS bad debt** accounts amounted to **$201,279,024.32** annually.
    - Over **4 years**, this totaled **$805,116,097.28**.
    - After applying a **65%** reimbursement rate for CMS bad debt, the resulting amount was **$5,233,254.63**.
    - Subtracting this from the total yields **$799,882,842.65** in single FCA damages.
    - The amount was generously reduced to **$756,000,000.00**.
- **Treble damages** were calculated as three times the single damages:
    - **$756,000,000.00 x 3 = $2,268,000,000.00** in treble damages.

As the government did not intervene in the case, the **relator(s)** (Plaintiff) is entitled to **30%** of the treble damages, which amounts to:

- 30% of $2,268,000,000.00 = **$680,400,000.00**.

This amount would be divided among the **three relators**, with each receiving:

- $680,400,000.00 ÷ 3 = **$226,800,000.00** per relator.

**However, Plaintiff has reduced the judgment demand to a more modest amount of:**

- **$129,120,000.00** (which includes FCA damages, wrongful termination, and ADA retaliation claims).

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court:

1. Issue garnishment orders to collect from Defendant's bank accounts, pension, and other assets.
2. Pierce the corporate veil of TRS and MBO and hold **Joseph Zacharias** personally liable.
3. Reverse fraudulent asset transfers and allow the sheriff-supervised sale of Defendant's assets.
4. Allow Plaintiff to place liens on Defendant's property and assets.
5. Permit Plaintiff to intercept tax refunds and garnish Defendant's wages.
6. Block Defendant from transferring or selling any additional assets.
7. Transfer title and deed of assets to Plaintiff and the other relator(s).
8. Prevent Defendant from filing for bankruptcy to avoid satisfaction of the Judgment.
9. Reverse any fraudulent property transactions made by Defendant.
10. Reassign beneficiary designations to Plaintiff and the other relator(s).
11. Issue an order of possession transfer for Defendant's assets.
12. Approve the proposed payment schedule for Defendant to make monthly payments toward the Judgment.

Respectfully submitted,

Kenya Starr Sibley
**Plaintiff**
**Address:**
7050 183rd Street Unit # 403
Tinley Park, IL 60477
Phone #: 312-810-0423
**Email Address:**
Kenyacaic@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above motion was served upon all parties of record by via email as listed on court docket entry #131 and on other docket entries Certificate of service has been sent to all parties on **02/13/2025.**

**Kenya Starr Sibley**

This draft motion includes all of the requested enforcement measures and provides a breakdown of how the damages were calculated. It is important to review this with your attorney to ensure it aligns with your legal strategy and complies with all relevant laws.