

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**


FILED LJ
2/18/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**United States ex rel. Jasmeka Collins,**
Relator,

v.

**Trustmark Recovery Services; Medical Business Office,**
Defendants.

**Case No. 17-cv-04457**

---

# RELATOR'S EXHIBIT LIST

**COMES NOW,** Relator, Jasmeka Collins, and respectfully submits the following **Exhibit List** in connection with this case. As discussed during the last court date, Relator **shares certain exhibits with Relator Kenya Sibley** as they pertain to the **Qui Tam portion** of this case. However, Relator has assigned different exhibit numbers to ensure clarity in the record. Additionally, Relator **submits individual exhibits related to the retaliation component of this case.**

## I. SHARED EXHIBITS (QUI TAM CLAIM)

The following exhibits are shared with Relator Kenya Sibley but are numbered separately for my submissions:

| Exhibit No. (My Affidavit) | Corresponding Exhibit No. (Kenya Sibley's Affidavit) | Description |
|---|---|---|
| Exhibit | Exhibit 6 | Borenstien Damage calculations Method |
| Exhibit 2,3, | Exhibit 7 | Ucmc cost report calculations for bad debt; Zoho Report, productivity report showing accounts not being worked,  120 day rule |
| Exhibit [X] | Exhibit 7a | University of Chicago cost report |
| Exhibit [X] | Exhibit 8 | OIG and fraud finding report (Community Hospital Refund Demand) |
| Exhibit 6,7 | Exhibit 9 | Community Hospital Cost Report |
| Exhibit5,6 | Exhibit 10 | Methodist Cost Report |
| Exhibit 7 | Exhibit 10 | University of Illinois Hospital Cost Report |

## II. INDIVIDUAL EXHIBITS (RETALIATION CLAIM)

The following exhibits are submitted **exclusively for my retaliation claim** and do not overlap with the Qui Tam claim:

| Exhibit No. | Description |
|---|---|
| Exhibit 1 | Client list and job description from Sandy Schade |
| Exhibit 4 | Income statement Social Security |

## III. ATTACHED EXHIBITS

Relator attaches the above-referenced exhibits **in support of this submission.**

## IV. REQUEST FOR ACKNOWLEDGMENT

Relator respectfully requests that the Court acknowledge this Exhibit List and permit its inclusion in the record for reference during proceedings.

---

**Respectfully submitted,**

Jasmeka Collins
54 w 153rd Place
773-765-8398
Jasmeka Collins

**Dated:** 02/18/2025

Exhibit 1 client list for MBO and TRUSTMARK, Job description from Sandy Shade.

# MEDICAL BUSINESS OFFICE
## TRUSTMARK RECOVERY SERVICES

| Position Description |
|---|
| Job Title: Collections Manager |
| Department: Legal - Collections |
| Reports to: Legal - Collections Manager |
| FLSA: Exempt |

## JOB SUMMARY

We are seeking an individual with significant experience in collections and credit policy, The primary purpose of the Collections Manager is to manage collections staff and report to Legal-Collections Manager to strategically manage operational procedures. The Collections Manager oversees department goals and must be familiar with a variety of the field's concepts, practices, and procedures. Rely on experience and judgment to plan and accomplish goals. A wide degree of creativity and latitude is expected.

## ESSENTIAL JOB RESPONSIBILITIES

➢ Responsible for creating a positive work environment which maximizes individual and team performance,

➢ Assesses departmental and individual performance through auditing techniques.

➢ Establish and maintain the collections department's operating standards, collection policies, goals/objectives, and procedures.

➢ Optimize collections while also ensuring customer relationships remain strong, often finding creative win-win solutions with internal and external customers

➢ Stay current with changes in state and federal laws governing debt collections and bankruptcy ➢ Ensure the Collection team operates within the confines of the Federal Fair Debt Collection Practices Act (FDCPA), FCRA, TCPA, ACA and other compliance policies.

## KNOWLEDGE, SKILLS! ABILITIES

➢ Drives for results, proactively solves complex problems and consistently delivers under tight deadlines,

➢ Strong analytical and problem solving skills, interpersonal skills and ability to develop working relationship with the business leaders within the company

➢ Excellent written verbal communication, and negotiation skills required; skills and the ability to communicate effectively across departments and at different levels.

➢ Attention to detail with the ability to identify/resolve problems and document the outcome.

➢ Strong organizational and time management skills.

➢ Results - Focuses on achieving results. Works to retain customers and displace competitors. Manages operating expenses to appropriate levels.

➢ Team Leadership - Provides clear, timely, and effective feedback to team members. Models effective team behavior and solicits 360 degree feedback in assessing performance. Clarifies roles and responsibilities. Invests in providing development plans for team members.

## PHYSICAL DEMANDS

➢ Ability to sit and work at a computer terminal for extended periods of time
➢ Ability to operate standard office equipment used in everyday work activities
➢ Ability to maintain concentration and attention to detail in order to maintain accurate records.

## I, <u>JASMEKA COLLINS</u> ACCEPT AND AGREE TO THE FOLLOWING:

➢ Employment status change from exempt to hourly. Effective today 4/4/2017.

> A new pay rate in the amount of $12.00 per hour. Effective today 4/4/2017.

➢ Shelly Watson as my direct point of contact for all questions and concerns. She is also now my new direct Legal Collection Manager.

➢ Trustmark's paperless policy. Patients must not be mailed receipts, statements or payment reminder notices.

➢ Enforce all current policies and procedures. Patients must add post-dated payments to their account in order to qualify for a payment plan or to avoid garnishment.

➢ Collectors must continue to send Attorney letters and Validation of debt letters on behalf of both Trustmark and Attorney Rosen.

| Client Mnemonic | Client Name | Client ID | Group NPI | Tax-ID | Client Primary Contact Person | Management/Tickets | Bad Debt vendor |
|---|---|---|---|---|---|---|---|
| MBOAM | Advanced Care Medical Specialists PC | 5132 | 1689030918 | 47-5435388 | Liza Gonzalez- lgonzales@medicalspecialists.com    219-301-7240- | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K/Jonnarda-Cash posting.Allen-IT. Emily-Proposals | TRS/MBO COMBINED least sophisticated consumer All accounts sent to bad debt intentionally illegally in error in violation of false claims act and in violation of the FDCPA |
| MBOBA | Bindal Anesthesiologists | 5012 | 1538115407 | 36-3373028 | Vijay Gupta MD- vijay1550@yahoo.com    219-757-5275- | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOCG | CardioSpecialists Group, LTD | 5134 | 1497704514 | 36-2662502 | Barbara 219-319-0308 | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOCH | The Community Hospital Anesthesia | 5045 | 1982653044 | 35-1107009 | Lou Molina-219-392-7004/219-392-7003 lmolina@comhs.org | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOCL | Chicagoland Integrated Professionals, Inc. | 5112 | 1649688409 | 46-5737836 | Ushma Sharma- (217) 553-5766- sks3880@gmail.com | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOCP | Centers for Pain Control, Inc. | 5055 | 1790920452 | 26-3681128 | UJ Puranik-(219) 326-7246- uj@discover-cpc.com | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOCC | Centers for Pain Control, Inc. - Chiropractors | 5055 | | | UJ Puranik-(219) 326-7246- uj@discover-cpc.com | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOIP | Interventional Pain Management, LLC | 5055 | 1801349386 - Crown Point  1164833687 - Hobart | 45-2192531 | UJ Puranik-(219) 326-7246- uj@discover-cpc.com    UJ Puranik-(219) 326-7246- uj@discover-cpc.com | same as above    same as above | TRS All accounts sent to bad debt in error    TRS All accounts sent to bad debt in error |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 1306274097 - LaPorte | UJ Puranik-(219) 326-7246- uj@discover-cpc.com | same as above | TRS All accounts sent to bad debt in error |
| | | | 1083051346 - Valparaiso | UJ Puranik-(219) 326-7246- uj@discover-cpc.com | same as above | TRS All accounts sent to bad debt in error |
| MBODM | Dacia Medical Professional Corp | 5117 | 1154376234 | 74-3037873 | Dr. Grija-708-358-1299 catalinagrija@yahoo.com | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOFP | Fishermen's Community Hospital, Inc. | 5126 | 1235418146 - Physician (Part B) | 59-0914771 | Rhonda Bezanis-305-289-6424 305-9239475 rhonda.bezanis@fhcares.com | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| | | | 1851346787 - Hospital (Part A) | | Rhonda Bezanis-305-289-6424 305-9239475 rhonda.bezanis@fhcares.com | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOHC | Heart Care Centers of South Chicago, LTD | 5005 | 1295906147 | 26-1900209 | Connie Pantoja-773-933-0700 connie1012@sbcglobal.net | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOID | Innovative Dermatology | 5135 | 1801967633 | 87-0771370 | Suzanne Heuberger-773-871-7000 sheuberger@sbcglobal.net | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOLA | Lakeshore Anesthesia | 5035 | 1548210560 | 30-0334012 | Dani Dean-574-522-0800  574-522-0600 dani.dean00@gmail.com | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOMF | Miklos Foot and Ankle Specialists, PC | 5127 | 1235384488 | 26-3789095 | Dr. David Miklos 773-586-5487 dmiklos783@gmail.com | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOPP | Pulmonary and Critical Care Physicians, PC | 5137 | 1265514202 | 30-0023753 | Kathy Bujwit    kbujwit@MACNEAL.COM | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBORO | Riverside Orthopedics, LTD | 5115 | 1316051741 | 05-0564332 | Jessica Garcia 708-484-9480 myguero00@yahoo.com | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOSA | Stat Anesthesia Specialists, LTD | 5140 | 1992754089 - Lansing, IL | 20-4195921 | Peter J. Pollachek 708-895-9450 | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| | | | 1699724781 - St. John, IN | | Peter J. Pollachek 708-895-9450 | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOIM | Interventional Pain Management, LTD | 5140 | 1891726345 - Lansing, IL | 36-4303261 | Peter J. Pollachek 708-895-9450 | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |

| Code | Name | # | Account | Tax ID | Contact | Staff | Status |
|---|---|---|---|---|---|---|---|
| | | | 1033155080 - St. John, IN | | Peter J. Pollachek 708-895-9450 | ' | TRS All accounts sent to bad debt in error |
| MBOSC | St. Catherine Hospital Anesthesia | 5025 | 1649346537 | 35-1738708 | Lori McBride 219-392-2622  219-934-8255 cmanojlovich@comhs.org | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOSL | South Chicago Sleep Lab, Inc. | 5040 | 1912074147 | 51-0582659 | Felecia Molina 773-375-1845 felecia@sleepwellchicago.onmicrosoft.com | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| MBOSM | Salcedo Medical Center | 5136 | | | n/a | same as above | |
| MBOSO | South Suburban Cardiology | 5139 | | | n/a | same as above | TRS All accounts sent to bad debt in error |
| MBOTB | Trilab, LLC | 5128 | 1629458252 | 47-3473883 | n/a | same as above | TRS All accounts sent to bad debt in err |
| MBOTR | Timothy Raykovich | 5138 | 1265541981 | 31-4505145 | n/a | same as above | TRS All accounts sent to bad debt in error |
| MBOVR | Veronica Ralick | 5113 | 1265786925 | 46-1198900 | Dr. Veronica Ralick 219-718-9644 vmralick@gmail.com | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| WWT | Wolcott Wood & Taylor | | | | Jennifer Weston 312-704-2354 westonj@wwtps.com | Monica L-Billing & contract.Ameira-F/U.Kenya-CS.Anna Z-Refund. Anne K-Cash posting.Allen-IT. | TRS All accounts sent to bad debt in error |
| UIC | University of Illinois Hospital | | | | 219-922-5212 | same as above | TRS All accounts sent to bad debt in error |
| U of C | University of Chicago Hospital | | | | 219-934-5300 | same as above | TRS All accounts sent to bad debt in error |
| Trs | All of Trustmark Contracts | | | | 219-922-5201 | same as above Kenya- Director (Legal, Bad Debt Collectors, Data entry and Payment Posters, Jasmeka- Bad Debt Collectors Manager, Deb Porter- Client Liason | TRS All accounts sent to bad debt in error |
| TRS Legal | Trustmark Attorney Jeffrey Rosen | | | | 219-614-3323 illegally sued all of TRS/MBO UNIVERSITY OF CHICAGO & UNIVERSITY OF ILLINOIS PATIENTS FOR FALSE BAD DEBTS | Shelly Watson- Legal Clerk Team Lead, Katie P & Hannah D. (All Employees Report to Kenya) | TRS All accounts sent to bad debt in error |



# Your Social Security Statement

JASMEKA COLLINS

January 1, 2025

## Retirement Benefits

You have earned enough credits to qualify for retirement benefits. To qualify for benefits, you earn credits through your work - up to four each year.

Your full retirement age is **67**, based on your date of birth:  May 27, 1980. As shown in the chart, you can start your benefits at any time between **ages 62** and **70. For each month you wait to start your benefits, your monthly benefit will be higher—for the rest of your life.**

These personalized estimates are based on your earnings to date and assume you continue to earn $0 per year until you start your benefits. Learn more at *ssa.gov/benefits/retirement/learn.html* .

Age Retirement Benefits Start

| | |
|---|---|
| $1,190 | |
| **69** | $1,281 |
| **70** | |
| $1,373 | |
| | $1,446 |
| | $1,556 |
| | $1,703 |

Monthly Benefit Amount

## Disability Benefits

To get benefits if you become disabled right now, you need 23 credits of work, and 20 of these credits had  to be earned in the last 10 years. Your record shows  you do not have enough credits at this time to receive disability benefits. Learn more at *ssa.gov/disability*.

## Survivors Benefits

You have earned enough credits for your eligible family members to receive survivors benefits. If you die this year, members of your family who may qualify for monthly benefits include:

| | |
|---|---|
| Minor child: | **$1,494** |
| Spouse, if caring for a disabled child or child younger than age 16: | **$1,494** |
| Spouse, if benefits start at full retirement age: | **$1,993** |
| Total family benefits cannot be more than: | **$3,510** |

Your spouse or minor child may be eligible for an additional one-time death benefit of **$255**. Learn more at *ssa.gov/survivors*.

## Medicare

You have enough credits to qualify for Medicare at age 65.

Medicare is the federal health insurance program for people:

- age 65 and older,
- under 65 with certain disabilities, and
- of any age with End-Stage Renal Disease (ESRD) (permanent kidney failure requiring dialysis or a kidney transplant).

Even if you do not retire at age 65, you may need  to sign up for Medicare within 3 months of your 65th birthday to **avoid a lifetime late enrollment penalty**. Special rules may apply if you are covered by certain group health plans through work. For more information about Medicare, visit *medicare.gov*  or *ssa.gov/medicare* or call **1-800- MEDICARE** (**1-800-633-4227**) (TTY **1-877-486-2048**).

## Earnings Record

Review your earnings history below to ensure it is accurate because we base your future benefits on our record of your earnings. There's a limit to the amount  of earnings you pay Social Security taxes on each  year. Earnings above the limit do not appear on your  earnings record. We have combined your earlier years  of earnings below, but you can view your complete  earnings record online with *my* Social Security. **If you  find an error**, view your full earnings record online and  call **1-800-772-1213**.

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare (began 1966) |
|---|---|---|
| 1991-2000 | $14,407 | $14,407 |
| 2001-2005 | $119,842 | $119,842 |

We base benefit estimates on current law, which Congress has revised before and may revise again to address needed changes.  Learn more about Social Security's future at  *ssa.gov/ThereForMe*.



| | |
|---|---|
| 62 | |
| 63 | |
| 64 | **Personalized Monthly Retirement Benefit Estimates  (Depending on the Age You Start)** |
| 65 | |
| 66 | $967 |
| 67 | $1,030 |
| 68 | $1,098 |

| | | |
|---|---|---|
| 2006 | $56,444 | $56,444 |
| 2007 | $59,797 | $59,797 |
| 2008 | $58,240 | $58,240 |
| 2009 | $57,636 | $57,636 |
| 2010 | $63,415 | $63,415 |
| 2011 | $15,227 | $15,227 |
| 2012 | $0 | $0 |
| 2013 | $0 | $0 |
| 2014 | $0 | $0 |
| 2015 | $11,448 | $11,448 |
| 2016 | $41,178 | $41,178 |
| 2017 | $7,231 | $7,231 |
| 2018 | $0 | $0 |
| 2019 | $4,451 | $4,451 |
| 2020 | $12,489 | $12,489 |
| 2021 | $0 | $0 |
| 2022 | $0 | $0 |
| 2023 | $0 | $0 |
| 2024 | Not yet recorded | Not yet recorded |

**Taxes Paid**

Total estimated Social Security and Medicare taxes paid over your working career based on your Earnings Record:

**Social Security taxes**       **Medicare taxes**

You paid: $32,038          You paid: $7,557

Employer(s): $32,343     Employer(s): $7,557 **Earnings Not Covered by Social Security**

You may also have earnings from work not covered by Social Security, where you did not pay Social Security taxes. This work might have been for federal, state, or local government or in a foreign country. If you participate in a retirement plan or receive a pension based on work for which you did not pay Social Security tax, it could lower your benefits. Learn more at *ssa.gov/gpo-wep* .

**Important Things to Know about Your Social Security Benefits**

- Social Security benefits are not intended to be your only source of retirement income. You may need other savings, investments, pensions, or retirement accounts to make sure you have enough money when you retire.

- You need at least 10 years of work (40 credits) to qualify for retirement benefits. The amount of your benefit is based on your highest 35 years of earnings. If you have fewer than 35 years of earnings, years without work count as 0 and may reduce your benefit amount.

- To keep up with inflation, benefits are adjusted through "cost of living adjustments."

- If you get retirement or disability benefits, your spouse and children may qualify for benefits.

- When you apply for either retirement or spousal benefits, you may be required to apply for both benefits at the same time.

- The age you claim benefits will affect your surviving spouse's benefit amount. For example, claiming benefits after your full retirement age may increase the *Spouse, if benefits start at full retirement age* amount on page 1; claiming early may reduce it.

- If you and your spouse both work, use the *my Social Security* Retirement Calculator to estimate spousal benefits.

- If you are divorced and were married for 10 years, you may be able to claim benefits on your ex-spouse's record. If your ex-spouse receives benefits on your record, that does not affect your or your current spouse's benefit amounts.

- Learn more about benefits for you and your family at *ssa.gov/benefits/retirement/planner/applying7.html* .

- When you are ready to apply, visit *ssa.gov/benefits/retirement/apply.html* .

- The *Statement* is updated annually. It is available online, or by mail upon request.



**SSA.gov** | Follow us on social media *ssa.gov/socialmedia* Form SSA-7005-SM-OL (01/24) | Enclosures: Publication No. 05-10704, Publication No. 05-10702



# Retirement Ready

## *Fact Sheet For Workers Ages 18-48*

## Retirement is different for everyone

Retirement is not one-size-fits-all. Because Social Security is more than just retirement benefits, we want to provide you with the information you need to plan for and make informed decisions about your future retirement.

# Earnings are essential

You have probably been paying Social Security and Medicare taxes (also known as FICA taxes, or SECA taxes if you are self-employed) since you first began working. Learn more about these taxes at *ssa.gov/people/materials/pdfs/EN-05-10297.pdf*. Your *Social Security Statement* contains information about your earnings history and the Social Security and Medicare taxes you paid, and provides estimates for future retirement, disability, and survivors benefits. Use your *Statement* to check your earnings each year. These earnings are used to determine your eligibility for Social Security benefits and your benefit amount. If you see an error on your earnings record, report it to us. Learn how at *ssa.gov/pubs/EN-05-10081.pdf* .

# Understanding your retirement benefits

Social Security is not meant to be your only source of income in retirement. On average, Social Security will replace about 40% of your annual pre-retirement earnings, although this can vary based on each person's circumstances. Your full retirement age is 67. Starting retirement benefits before your full retirement age (as early as age 62) lowers this percentage and starting benefits after your full retirement age (up to age 70) increases it. Learn more at *ssa.gov/pubs/EN-05-10035.pdf*.

# Save for retirement

In addition to Social Security, you will likely need other savings, investments, pensions, or retirement accounts to live comfortably in retirement. Because your retirement could last 20 years or more, it is important to begin your financial planning as early as possible.



- If you have a workplace retirement plan, be sure to find out how it works so you can make the most of it. Your employer might match some or all of your plan contributions. If your employer does not offer a plan, there are other ways to save and invest on your own. Learn more about how to save at *savingmatters.dol.gov/employees.htm*.
- The earlier you start saving, the more time you will have to build your retirement income. For more information on investing and saving, check out *investor.gov*.
- Any amount you can save will add up over time. You can find a savings calculator at *investor.gov/ financial-tools-calculators/calculators/compoundinterest-calculator* .

# Social Security will be there when you retire

The Social Security taxes you pay go into the Social Security Trust Funds that are used to pay benefits to current beneficiaries. The Social Security Board of Trustees estimates that, based on current law, the Trust Funds will be able to pay benefits in full and on time until 2034. In 2034, Social Security would still be able to pay about $800 for every $1,000 in benefits scheduled. Learn more at *ssa.gov/ThereForMe*.

# Benefits last as long as you live

Your Social Security benefits last as long as you live. Our Life Expectancy Calculator can provide a rough estimate of how long you might live based on your age and gender: *ssa.gov/planners/lifeexpectancy.html*.

# Unable to work due to a mental or physical disability

A disability can occur at any age. If you become unable to work at a certain earnings level due to a mental or physical disability, and you meet certain eligibility requirements, you and your family may be able to receive Social Security disability benefits. Learn more about disability benefits at *ssa.gov/disability*. The Supplemental Security Income (SSI) program pays benefits to adults and children with disabilities who have limited income and resources. Learn more about SSI at *ssa.gov/benefits/ssi/*.

## Benefits for family members

Social Security is here for you even before your retirement years. Children, widows, and widowers may receive survivors benefits to help them cope with the financial loss if you die. Learn more at *ssa.gov/pubs/EN-05-10084.pdf*.

## Impact of other retirement plans

Most pensions or other retirement plans do not affect your Social Security benefits. But if you participate in a retirement plan or receive a pension based on work for which you did not pay Social Security tax, it could lower your benefits. This work may have been for federal, state, or local government or in a foreign country. Learn more at *ssa.gov/gpo-wep*.

## We are here for you

Social Security covers about 96% of American workers. To learn more about Social Security, visit *ssa.gov*.





**With you throughout life's journey**

Remember that Social Security is with you throughout life's journey.
Learn how at *ssa.gov/people/materials/pdfs/EN-05-10233.pdf*.

**Social Security Administration** | Publication No. 05-10704 | May 2023 | Produced and published at U.S. taxpayer expense

# Additional Work Can Increase Your Future Benefits



## More years of work may increase your future retirement benefits

Although you need at least 10 years of work, or 40 credits, to qualify for Social Security retirement benefits, we base the amount of your benefit on your highest 35 years of earnings. If you do not have 35 years of earnings by the  time you apply for benefits, your benefit amount will be lower than it would be if you worked 35 years. Years with no earnings count as zeroes in the benefit calculation.

You have several years with no earnings on your work record. Additional work will increase your retirement benefits. Each year you work will replace a zero or low earnings year in your Social Security benefit calculation, which could help to increase your benefit amount.

## How we calculate retirement benefits

Social Security bases your retirement benefits on your lifetime earnings. We adjust or "index" your actual earnings to account for changes in average wages since the year the earnings were received. Then we calculate your average indexed monthly earnings from your highest 35 years of earnings. We apply a formula to these earnings to determine the benefit amount you would receive at your full retirement age. Your full retirement age is between 66 and 67, depending on the year you were born. This is the age you can get your full retirement benefit amount. There are factors that can change this amount. Your monthly benefit will be lower if you start them before your full retirement age (as early as age 62) or higher if you start them after your full retirement age (up to age 70). You can see your personalized monthly retirement benefit estimates at different start ages and your full retirement age on your *Social Security Statement*. Learn more at **ssa.gov/pubs/EN-05-10070.pdf** .

## Check your earnings record

Review your earnings in your *Statement*. Compare these earnings with your own records to make sure our information is correct and that we have recorded each year you worked. If you see an error, report it to us so you receive all the benefits you've earned. Learn how at **ssa.gov/pubs/EN-05-10081.pdf**.



**EARNINGS RECORD**

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare |
|---|---|---|
| 1990 | XXXX | XXXX |
| 2000 | XXXX | XXXX |
| 2005 | XXXX | XXXX |
| 2010 | XXXX | XXXX |
| 2015 | XXXX | XXXX |
| 2019 | XXXX | XXXX |
| 2020 | XXXX | XXXX |
| 2021 | Not Yet Recorded | |



Securing today and tomorrow

## Questions?

To learn more about Social Security, visit **ssa.gov**.

Remember that Social Security is with you throughout life's journey: **ssa.gov/people/materials/pdfs/EN-05-10233.pdf**.

**Social Security Administration** | Publication No. 05-10702 | June 2022 | Produced and published at U.S. taxpayer expense